

FILED
CLERK, U.S. DISTRICT COURT

AUG -- 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 10-MJ-1947 |
| v. | |
| Carlton Henderson | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing
is set for _August 11_ ~~~~, _2010_, at _7:00_ ☐a.m. / ☑p.m. before the
Honorable _Eick_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/9/10_          _____
                         U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                 Page 1 of 1